## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| SIERRA S., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:23-cv-00241-NT |
| | ) |
| MARTIN J. O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 28, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 17). The Plaintiff filed an objection to the Recommended Decision on January 10, 2024 (ECF No. 18), and the Defendant responded to the objection on January 11, 2024 (ECF No. 19). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED**, that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, and that the Commissioner's Decision is **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 19th day of January, 2024.